Case 2:17-cv-06972-MWF-AGR Document 5 Filed 12/18/17 Page 1 of 5 Page ID #:25

ORIGINAL
FILED
2017 DEC 18 AM 11:49
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
KENT A. KAWAKAMI
Assistant United States Attorney
California State Bar No. 149803
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-4858
    Fax: (213) 894-7819
    Email: kent.kawakami@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL],<br><br>    Plaintiff[s],<br><br>    v.<br><br>[UNDER SEAL],<br><br>    Defendant[s]. | No. CV 17-06972 MWF(AGRx)<br><br>NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION, AND STIPULATION RE UNSEALING OF CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. § 3730(b)(2)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
KENT A. KAWAKAMI
Assistant United States Attorney
California State Bar No. 149803
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-4858
    Fax: (213) 894-7819
    Email: kent.kawakami@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. FRANK ADOMITIS,<br><br>    Plaintiffs,<br><br>    v.<br><br>OJAI VALLEY COMMUNITY HOSPITAL,<br><br>    Defendant. | No. CV 17-06972 MWF(AGRx)<br><br>NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION, AND STIPULATION RE UNSEALING OF CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. § 3730(b)(2)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America ("United States" or "Government") notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the *qui tam* plaintiff Frank Adomitis ("the relator") to maintain this action in the name of the United States, provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the parties provide the United States with notice of the same and the Court provide the United States with an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court in this action be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of this action or any claims therein. The United States also requests that it be served with all notices of appeal in this action.

///
///
///
///
///

Finally, the Government and the relator stipulate that the relator's Complaint, this Notice, and the accompanying proposed Order should be unsealed. A proposed order is lodged concurrently herewith.

Respectfully submitted,

Dated: December 18, 2017

SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section

Kent Kawakami

KENT A. KAWAKAMI
Assistant United States Attorney
Attorneys for the United States of America

Dated: December 18, 2017

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON

Kent Kawakami ON BEHALF OF

ESPERANZA CERVANTES ANDERSON
Attorneys for Qui Tam Plaintiff

## PROOF OF SERVICE BY U.S. MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On December 18, 2017, I served the NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION, AND STIPULATION RE UNSEALING OF CASE on each person or entity named below.

Date of mailing: December 18, 2017. Place of mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom mailed:

ESPERANZA CERVANTES ANDERSON
LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
1037 North Allen Avenue
Pasadena, California 91104
Attorneys for Relator Frank Adomitis

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2017, at Los Angeles, California.

_____
ZENAIDA ROSACIA