1  SANDRA R. BROWN
   Acting United States Attorney
2  DOROTHY A. SCHOUTEN
   Assistant United States Attorney
3  Chief, Civil Division
   DAVID K. BARRETT
4  Assistant United States Attorney
   Chief, Civil Fraud Section
5  KENT A. KAWAKAMI
   Assistant United States Attorney
6  California State Bar No. 149803
       Room 7516, Federal Building
7      300 N. Los Angeles Street
       Los Angeles, California 90012
8      Tel: (213) 894-4858
       Fax: (213) 894-7819
9      Email: kent.kawakami@usdoj.gov

10 Attorneys for the United States of America

11                UNITED STATES DISTRICT COURT

12             FOR THE CENTRAL DISTRICT OF CALIFORNIA

13                        WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>Plaintiff[s],<br><br>v.<br><br>**[UNDER SEAL]**,<br><br>Defendant[s]. | No. CV 17-06972 MWF(AGRx)<br><br>[PROPOSED] ORDER RE ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND UNSEALING OF CASE<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. § 3730(b)(2)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE] |

ORIGINAL

SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
KENT A. KAWAKAMI
Assistant United States Attorney
California State Bar No. 149803
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-4858
    Fax: (213) 894-7819
    Email: kent.kawakami@usdoj.gov

Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
DEC 19 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA ex rel. FRANK ADOMITIS,<br><br>Plaintiffs,<br><br>v.<br><br>OJAI VALLEY COMMUNITY HOSPITAL,<br><br>Defendant. | No. CV 17-06972 MWF(AGRx)<br><br>[PROPOSED] ORDER RE ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION, AND UNSEALING OF CASE<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. § 3730(b)(2)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE] |
|---|---|

LODGED
2017 DEC 18 AM 11:50
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

The United States of America ("United States") having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the United States and *qui tam* plaintiff Frank Adomitis ("the relator") having stipulated to the unsealing of the case, the Court now orders as follows:

IT IS ORDERED that:

1. The seal is lifted from this action in all respects. The Complaint is unsealed and the relator shall serve it upon the defendant;

2. This Order and the Notice of Election by the United States to Decline Intervention and Stipulation Re Unsealing of Case are both unsealed, and the relator shall serve both upon the defendant with the Complaint;

3. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order;

4. The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States as provided for in 31 U.S.C. § 3730(c)(3); and

5. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States with notice of the same and the Court will provide the United States with an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: December 19, 2017

UNITED STATES DISTRICT JUDGE

- 2 -

PROOF OF SERVICE BY U.S. MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On December 18, 2017, I served the [PROPOSED] ORDER RE ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND UNSEALING OF CASE on each person or entity named below by mail.

Date of mailing: December 18, 2017. Place of mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom mailed:

ESPERANZA CERVANTES ANDERSON
LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
1037 North Allen Avenue
Pasadena, California 91104
Attorneys for Relator Frank Adomitis

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2017, at Los Angeles, California.

_____
ZENAIDA ROSACIA