1  JEFFREY R. MAKIN (SBN 252426)
   jeffrey.makin@arentfox.com
2  ALEXANDER S. BIRKHOLD (SBN 304334)
   alexander.birkhold@arentfox.com
3  **ARENT FOX LLP**
   555 West Fifth Street, 48th Floor
4  Los Angeles, California 90013-1065
   Telephone: 213.629.7400
5  Facsimile:  213.629.7401

6  Attorneys for Defendant
   OJAI VALLEY COMMUNITY HOSPITAL, a
7  d/b/a of COMMUNITY MEMORIAL HEALTH
   SYSTEM, a California Nonprofit Public Benefit
8  Corporation

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. FRANK ADOMITIS, an individual,<br><br>            Plaintiff,<br><br>v.<br><br>OJAI VALLEY COMMUNITY HOSPITAL; DOES 1 through 20, inclusive,<br><br>            Defendant. | Case No.  CV17-06972 MWF (AGRx)<br><br>**DEFENDANT OJAI VALLEY COMMUNITY HOSPITAL'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>[Defendant's Notice of Motion and Motion to Dismiss, and [Proposed] Order filed concurrently herewith]<br><br>Judge:  Hon. Michael W. Fitzgerald<br>Date:   June 4, 2018<br>Time:   10:00 a.m.<br>Crtrm:  5A |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT OVCH'S
REQUEST FOR JUDICIAL NOTICE
CASE NO. CV 17-06972 MWF (AGRx)

Pursuant to Federal Rule of Evidence 201, Defendant Ojai Valley Community Hospital ("OVCH") respectfully requests that the Court take judicial notice of the following exhibits in support of its concurrently filed Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1), and 12(b)(6). Rule 201 of the Federal Rules of Evidence provides for judicial notice of any fact "not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

1. August 2013, OIG Report, Most Critical Access Hospitals Would Not Meet the Location Requirements if Required to Re-enroll in Medicare, attached hereto as Exhibit A.
2. Selected Portions of the Centers for Medicare & Medicaid Services State Operations Manual, Chapter 2 – the Certification Process, attached hereto as Exhibit B.
3. February 12, 2016, CMS Policy, Critical Access Hospital (CAH) Recertification Checklist for Evaluation of Compliance with the Location and Distance Requirements, attached hereto as Exhibit C.
4. June 30, 2006, Agreement of Merger filed in the Office of the Secretary of State of the State of California, attached hereto as Exhibit D.

Exhibits A-C are official publications made publicly available by the government. Exhibit D is publicly available on the California Secretary of State website. All of the exhibits provide facts capable of accurate and ready determination by referring to sources whose accuracy cannot reasonably be questioned. "Under Rule 201, the court can take judicial notice of '[p]ublic records and government documents available from reliable sources on the Internet,' such as websites run by governmental agencies." *U.S., ex rel. Modglin v. DJO Glob. Inc.*, 114 F. Supp. 3d 993, 1008 (C.D. Cal. 2015), *aff'd sub nom. U.S. v. DJO Glob., Inc.*, 678 F. App'x 594 (9th Cir. 2017). Therefore, these exhibits meet the requirements

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

-2-

DEFENDANT OVCH'S
REQUEST FOR JUDICIAL NOTICE
CASE NO. CV 17-06972 MWF (AGRx)

1  of Fed. R. Evid. 201(b). For these reasons, OVCH respectfully requests that the
2  Court take judicial notice of the documents referenced above in support of OVCH's
3  Motion.

5  Dated:     April 19, 2018          **ARENT FOX LLP**

7                                      By: /s/ Jeffrey R. Makin
                                       JEFFREY R. MAKIN
8                                      ALEXANDER S. BIRKHOLD
                                       Attorneys for Defendant
9                                      OJAI VALLEY COMMUNITY
                                       HOSPITAL, a d/b/a of COMMUNITY
10                                     MEMORIAL HEALTH SYSTEM, a
                                       California Nonprofit Public Benefit
11                                     Corporation

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

DEFENDANT OVCH'S
REQUEST FOR JUDICIAL NOTICE
CASE NO. CV 17-06972 MWF (AGRx)