THE COMPLETE MERGER FILING IS UNDER
CORPORATE NUMBER 0153541

D0821344
0728016 OUT

**FILED**
In the Office of the Secretary of State
of the State of California

JUN 30 2006

CPH

## AGREEMENT OF MERGER

This Agreement of Merger is entered into between COMMUNITY MEMORIAL HEALTH SYSTEM, a California Nonprofit Public Benefit corporation (herein "Surviving Corporation") and OJAI VALLEY COMMUNITY HOSPITAL, A CALIFORNIA CORPORATION, a California Nonprofit Public Benefit corporation (herein "Merging Corporation").

1. Merging Corporation shall be merged into Surviving Corporation.

2. The Merging Corporation has no members.

3. The Surviving Corporation has no members.

4. Merging Corporation shall from time to time, as and when requested by Surviving Corporation, execute and deliver all such documents and instruments and take all such action necessary or desirable to evidence or carry out this merger.

5. The effect of the merger and the effective date of the merger are as prescribed by law.

IN WITNESS WHEREOF the parties have executed this Agreement.

Date: June 30, 2006

COMMUNITY MEMORIAL HEALTH SYSTEM

_____
Gary L. Wolfe, Chairman of the Board

_____
Glen C. Farr, Secretary


OJAI VALLEY COMMUNITY HOSPITAL,
A CALIFORNIA CORPORATION

_____
Martin A. Pops, M.D., Chairman of the Board

_____
John Mothershead, Secretary

SFI-544670v1