# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. FRANK ADOMITIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OJAI VALLEY COMMUNITY HOSPITAL; DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. CV17-06972 MWF (AGRx)<br><br>**[PROPOSED]**<br><br>**ORDER GRANTING DEFENDANT OJAI VALLEY COMMUNITY HOSPITAL'S MOTION TO DISMISS COMPLAINT FOR VIOLATION OF THE FEDERAL FALSE CLAIMS ACT**<br><br>The Honorable Michael W. Fitzgerald |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER GRANTING
DEF. OVCH'S MOTION TO DISMISS
CASE NO. CV 17-06972 MWF (AGRx)

# [PROPOSED] ORDER

Defendant Ojai Valley Community Hospital's ("OVCH") Motion to Dismiss Relator Frank Adomitis's Complaint Pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1), and 12(b)(6), came on for regularly-noticed hearing on June 4, 2018, at 10:00 a.m. in Courtroom 5A of the United States District Court for the Central District of California, located at 350 West First Street, Los Angeles, CA. Upon consideration of the pleadings, the papers, and the arguments of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED that:

Relator's Complaint is dismissed with prejudice for lack of subject matter jurisdiction, failure to state a claim upon which relief can be granted, and for failure to plead allegations of fraud with particularity.

Dated: _____

_____
The Hon. Michael W. Fitzgerald

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

-1-

[PROPOSED] ORDER GRANTING
DEF. OVCH'S MOTION TO DISMISS
CASE NO. CV 17-06972 MWF (AGRx)