NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Jeffrey R. Makin (SBN 252426)
Alexander S. Birkhold (SBN 304334)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065
Telephone:    213.629.7400
Facsimile:    213.629.7401

ATTORNEY(S) FOR: Ojai Valley Community Hospital, a d/b/a of Community Memorial Health System

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA ex rel. FRANK ADOMITIS, an individual | CASE NUMBER: CV17-06972 MWF (AGRx) |
|---|---|
| Plaintiff(s), | |
| v. | |
| OJAI VALLEY COMMUNITY HOSPITAL; DOES 1 through 20, inclusive | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Defendant Ojai Valley Community Hospital
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Frank Adomitis | Plaintiff/Relator |
| United States of America | Declined to intervene |
| Community Memorial Health System ("CMHS") | Defendant Ojai Valley Community Hospital merged into CMHS in 2006 |
| Ojai Valley Community Hospital | Defendant |

April 19, 2018
Date

/s/ Jeffrey R. Makin
Signature
Jeffrey R. Makin

Attorney of record for (or name of party appearing in pro per):
Ojai Valley Community Hospital, a d/b/a of Community Memorial Health System

CV-30 (05/13)          NOTICE OF INTERESTED PARTIES


American LegalNet, Inc.
www.FormsWorkFlow.com