1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Admin Close
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. FRANK ADOMITIS, an individual,<br><br>Relator,<br><br>v.<br><br>OJAI VALLEY COMMUNITY HOSPITAL; DOES 1 through 20, includsive,<br><br>Defendants. | Case No. EDCV 17-6972 JGB (KKx)<br><br>**ORDER REGARDING EX PARTE APPLICATION OF PLAINTIFF/RELATOR FOR AN ORDER STAYING THIS ACTION PENDING THE OUTCOME OF RELATOR'S APPEAL OF A RELATED CASE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   On October 29, 2018, Plaintiff/Relator Frank Adomitis's ("Relator") submitted an Ex Parte Application for an Order staying the instant action pending the resolution of Relator's appeal filed in his related case against San Bernardino Mountains Community Hospital (Case No. 5:17-cv-00002-JGB-KK, Appellate Case No. 18-56422). On October 30, 2018, Defendant opposed the Application. The Court, having considered the Ex Parte Application and supporting papers  and Defendant Ojai Valley Community Hospital's opposition, orders:

For good cause shown, the Court will stay this Action pending the resolution of the appeal to the Ninth Circuit of United States of America ex rel. Frank Adomitis v. San Bernardino Mountains Community Hospital District, Does 1 through 20, inclusive, Case No. 5:17-cv-00002-JGB-KK, Appellate Case No. 18-56422.  Parties are directed to inform the Court in writing of the resolution of that appeal within seven days of the issuance of the Ninth Circuit's mandate.

The hearing on OVCH's Motion to Dismiss Relator's Second Amended Complaint, currently scheduled for November 5, 2018, is vacated pending further notice from this Court.

IT IS SO ORDERED.

Dated: October 31, 2018

THE HONORABLE JESUS G. BERNAL
United States District Judge

2