Esperanza Cervantes Anderson | SBN 197953
**LAW OFFICE OF ESPERANZA CERVANTES ANDERSON**
1037 North Allen Avenue
Pasadena, California 91104
Tel.:  (626) 219-6773
Fax:   (626) 389-8911

Attorney for Plaintiff Relator
FRANK ADOMITIS

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA <u>ex rel.</u> FRANK ADOMITIS, an individual,<br><br>          Relator,<br><br>     v.<br><br>OJAI VALLEY COMMUNITY HOSPITAL; DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No. CV 17-06972 JGB (KKx)<br><br>Hon. Jesus G. Bernal<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER PERMITTING WITHDRAWAL LAW OFFICE OF ESPERANZA CERVANTES ANDERSON; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF DECLARATION OF ESPERANZA CERVANTES ANDERSON**<br><br>Date:       June 7, 2021<br>Time:       9:00 a.m.<br>Location:  Courtroom 1 via telephonic hearing |

- 1 -

Ntc of Mtn and Mtn to Permit Withdrawal of Attorney; Memo. Ps & As; Declaration

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on Monday, June 7, 2021, at 9:00 a.m., or as soon thereafter as counsel may be heard *via telephonic hearing,* in Courtroom 1 of the above court, located at 3470 Twelfth Street, Riverside, California 92501, Esperanza Cervantes Anderson and Law Office of Esperanza Cervantes Anderson will move the court for an order permitting them to withdraw as attorneys of record for Plaintiff/Relator Frank Adomitis, in the above action.

Pursuant to Courtroom 1's rules located on the website for the Central District of California, **www.cacd.uscourts.gov**:

> Civil matters will only he held through telephonic appearances due to Covid restrictions. The Deputy Clerk will provide the phone number 24 hours prior to the hearing to all counsel who are listed on the docket and to Relator Frank Adomitis at (909) 289-4077. All appropriate oral and written communications are to be submitted to the Courtroom Deputy Clerk unless counsel or parties have been expressly authorized to communicate with chambers.
> [Located on the Central District of California's website, Judge's Requirements, Judge's Procedures and Schedules, Honorable Jesus G Bernal]

This motion is made on the grounds that there has been an irreparable break in the attorney client relationship caused by conflict of interest between the parties, such that Attorney cannot continue to represent either Plaintiff and Relator in this matter.

Pursuant to Local Rule 7-3, Attorney Anderson has met and conferred with Plaintiff and Relator, as well as Kent A. Kawakami, U.S. Attorney's Office, and counsel for Defendant Ojai Valley Community Hospital, d/b/a of Community

Ntc of Mtn and Mtn to Permit Withdrawal of Attorney; Memo. Ps & As; Declaration

Memorial Health System, Alexander S. Birkhold. Neither Defendant nor the U.S. Attorney intend to oppose the motion. Plaintiff and Relator does intend to oppose the motion.

This motion is based upon this notice of motion, the attached memorandum of points and authorities, the attached declaration of Esperanza Cervantes Anderson, and upon all other pleadings, papers, records and other documentary materials on file herein.

DATED: March 25, 2021.

**LAW OFFICE OF ESPERANZA CERVANTES ANDERSON**

By: /s/*Esperanza Cervantes Anderson*
Esperanza Cervantes Anderson, Esq.
Attorney for Plaintiff/relator
FRANK ADOMITIS

# MEMORANDUM OF POINTS & AUTHORITIES

## I. INTRODUCTION AND FACTUAL BACKGROUND.

This is a false claims action. Relator retained Esperanza Cervantes Anderson and the Law Office of Esperanza Cervantes Anderson ("Attorney") to represent him as Relator in this case against Ojai Valley Community Hospital ("Defendant") on behalf of the United States Government. [Declaration of Esperanza Cervantes Anderson ("Anderson Decl."), ¶2.] In or about late January 2021, a permanent and irreparable break in the attorney-client relationship occurred which requires the withdrawal of Relator's counsel. [Anderson Decl., ¶4.] Attorney informed Relator of her inability to continue in this case on or about January 29, 2021 and again on February 9 and March 19, 2021. [Anderson Decl., ¶¶ 4 and 6.] Since Relator has not obtained new counsel to replace Attorney, Attorney has no choice but to bring the instant motion. [Anderson Decl., ¶4.]

## II. PROCEDURAL HISTORY.

The lawsuit was filed on September 21, 2017. [Docket No. 1.] It was related to Relator's false claims act lawsuit against San Bernardino Mountains Community Hospital District, Case No. 5:2017-cv-00002 ("Mountains Case"). [Docket No. 14.]

On December 18, 2018, the U.S. Government declined to intervene in this case. [Docket No. 6.] Relator served the complaint on Defendant. On July 30, 2018, the Court granted Defendant's motion to dismiss with leave to amend. [Docket No. 24.] On September 4, 2018, Relator filed a Second Amended Complaint ("SAC"). [Docket No. 25.] On September 18, 2018, Defendant filed a motion to dismiss the SAC. [Docket No. 26.] Relator filed his Opposition on October 15, 2018 (Docket No. 27), and Defendant filed its Reply Brief on October 22, 2018. [Docket No. 29.] Defendant's motion was set for hearing on November 5, 2018.

///
///

- 4 -

Ntc of Mtn and Mtn to Permit Withdrawal of Attorney; Memo. Ps & As; Declaration

Meanwhile, on September 27, 2018, this Court dismissed the Mountains Case with prejudice and entered judgment against Relator. [Anderson Decl., ¶3.] Relator appealed the dismissal. [Id.] On October 31, 2018, the Court stayed the instant action pending the outcome of the appeal in the Mountains Case. [Docket No. 32.] On May 20, 2020, the Ninth Circuit affirmed the Court's dismissal of the Mountains Case. [Anderson Decl., ¶3.] This case has remained stayed. [Id.]

**II.   ANALYSIS**

**A.   Withdrawal is Mandatory Where the Attorney-Client Relationship is Irretrievably Broken.**

Pursuant to Local Rule 83-2.9.2.1 an attorney may withdrawal as counsel with permission of the court for good for cause shown. Here, Attorney is limited in the information that she may provide to support this motion. [Anderson Decl., ¶5.] However, Attorney represents that withdrawal is mandatory, or at least permissive, pursuant to California Rule of Professional Conduct 1.16. [Anderson Decl., ¶6.] As a result, Attorney cannot effectively represent Relator's interests in this matter. [Id.] Under these circumstances, good cause exists to permit Attorney's withdrawal as counsel. [Id.]

The procedural stance of the case means a withdrawal will not prejudice Relator. The pending motion to dismiss is fully briefed. Relator may obtain new counsel to argue the motion, if he believes Attorney's briefing was lacking. Relator's new counsel is thereafter free to litigate the case from its inception.

To further protect Relator, Attorney requests the Court grant Relator two months after the date of the ruling on this motion before lifting the stay and scheduling the hearing on Defendant's pending motion to dismiss so that Relator may find new counsel to argue the motion. *United States ex rel. McNail v. Pacific Retirement Services, Inc.*, 2019 WL 4085369 (N.D. Cal. 2019). Since the case is stayed, setting the hearing at a later date will not prejudice any party.

Ntc of Mtn and Mtn to Permit Withdrawal of Attorney; Memo. Ps & As; Declaration

**B.      Attorney Provided Plaintiff with Notice of This Motion.**

Attorney served Relator by U.S. Mail at his home address as communicated to her on March 19, 2021. [Anderson Decl., ¶ 11.] Attorney scheduled this hearing to take place over 60 days from the date of service to ensure adequate notice on Plaintiff. [Id.]

**III.    CONCLUSION**

Based on the foregoing, Esperanza Cervantes Anderson and the Law Office of Esperanza Cervantes Anderson respectfully request that this Court enter an Order permitting them to withdraw as attorneys of record for Plaintiff and Relator Frank Adomitis, and for any other relief the Court deems just and proper.

DATED: March 25, 2021.

**LAW OFFICE OF ESPERANZA CERVANTES ANDERSON**

By: /s/*Esperanza Cervantes Anderson*
Esperanza Cervantes Anderson, Esq.
Attorney for Plaintiff/relator
FRANK ADOMITIS

- 6 -

Ntc of Mtn and Mtn to Permit Withdrawal of Attorney; Memo. Ps & As; Declaration

# DECLARATION OF ESPERANZA CERVANTES ANDERSON

I Esperanza Cervantes Anderson, declare as follows:

1.  I am an attorney at law, duly authorized to practice law before all of the courts of the State of California and the United States District Court for the Central District of California. I am currently counsel of record for Plaintiff and Relator Frank Adomitis in this matter. I am familiar with the files, pleadings, and facts of this case and could and would competently testify to the following facts on the basis on my own personal knowledge. I am submitting this Declaration in support of my motion to be relieved as Counsel.

2.  Plaintiff retained me and my firm to represent him as Relator in this case against Ojai Valley Community Hospital on behalf of the United States Government. I filed the instant action on September 21, 2017. The government declined to intervene on December 18, 2017.

3.  This case was deemed related to Relator's false claims act lawsuit against San Bernardino Mountains Community Hospital District, Case No. 5:2017-cv-00002 ("Mountains Case"), in which I was also counsel of record. [Docket No. 14.] On September 27, 2018, this Court dismissed the Mountains Case with prejudice and entered judgment against Relator. Relator appealed the dismissal. On May 20, 2020, the Ninth Circuit affirmed the Court's dismissal of the Mountains Case.

4.  In or about late January 2021, there was a permanent and irreparable break in the attorney-client relationship which requires me to withdraw as Relator's counsel. I informed Relator of my inability to continue in this case on or about January 29, 2021. I did not immediately bring this motion because I wanted to give Relator an opportunity to find new counsel. Since Relator has not obtained new counsel to replace me, I have no choice but to bring the instant motion.

///

Ntc of Mtn and Mtn to Permit Withdrawal of Attorney; Memo. Ps & As; Declaration

5. The attorney-client privilege severely limits the information that I may provide to support this motion. If the Court wishes, I can provide more information in camera.

6. In the meantime, I represent that withdrawal is mandatory, or at least permissive, pursuant to California Rules of Professional Conduct 1.16. I can no longer effectively represent Relator's stated interests in this matter. For this reason alone, good cause exists for my withdrawal as counsel of record.

7. On Friday, February 9, 2021, pursuant to Local Rule 7-3, I informed Relator of the need for my withdrawal. On February 12, 2021, Relator indicated that he intended to oppose my motion. I waited until March 18, 2021 to allow Relator time to find new counsel because I became aware that he was speaking with another attorney. When I did not receive notice of new representation, on March 18, 2021, I proceeded with the preparation of this motion. On March 19, 2021, I informed Relator again of my intent to withdraw. Relator again indicated that he intended to oppose the motion.

8. Pursuant to Local Rule 7-3, I met and conferred with counsel for Defendant, Alexander S. Birkhold, regarding my intent to file this motion. Mr. Birkhold represented that Defendant did not intend to oppose the motion.

9. Pursuant to Local Rule 7-3, I met and conferred with Assistant U.S. Attorney Kent Kawakami regarding my intent to file this motion. The U.S. Government does not oppose the motion.

10. Pursuant to Local Rule 7-3, I informed Relator of my need to file this motion. Relator does not agree to my withdrawal.

11. On March 25, 2021, I served Relator by U.S. Mail at the address he provided on March 19, 2021. Mr. Birkhold and Mr. Kawakami were served by electornic means per the CM/ECF system.

///

Ntc of Mtn and Mtn to Permit Withdrawal of Attorney; Memo. Ps & As; Declaration

I declare, under penalty of perjury under the laws of the United States of America and the State of California, that the foregoing is true and correct. Executed on this 25th day of March 2021 at Pasadena, California.

/s/ *Esperanza Cervantes Anderson*
Esperanza Cervantes Anderson

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action, and my business address is Law Office of Esperanza Cervantes Anderson, 1037 N. Allen Avenue, Pasadena, California 91104 (the "business").

On March 25, 2021, I served the following document(s): **NOTICE OF MOTION AND MOTION FOR ORDER PERMITTING WITHDRAWAL LAW OFFICE OF ESPERANZA CERVANTES ANDERSON; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF DECLARATION OF ESPERANZA CERVANTES ANDERSON** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED**

_____BY REGULAR U.S. MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Pasadena, California.

\_\_X\_\_BY E-MAIL: I sent a true and complete copy of the document(s) described above by facsimile transmission to the e-mail addresses set forth opposite the name(s) of the person(s) set forth on the attached service list.

_____BY FEDERAL EXPRESS OVERNIGHT DELIVERY OR OTHER EXPRESS OVERNIGHT SERVICE: I declare that the foregoing described document(s) was(were) deposited on the date indicated below in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the address as last given by that person on any document filed in the cause and served on this office.

_____BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the above address(es).

_____(State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

\_\_X\_\_(Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 25, 2019 at Pasadena, California.

                                           /s/*Esperanza Cervantes Anderson*_____
                                           Esperanza Cervantes Anderson

Ntc of Mtn and Mtn to Permit Withdrawal of Attorney; Memo. Ps & As; Declaration

# SERVICE LIST

Alexander S. Birkhold
(alexander.birkhold@arentfox.com)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065

Kent A. Kawakami
Kent.Kawakami@usdoj.gov
Assistant U.S. Attorney
United States Attorney's Office
Central District of California
300 N. Los Angeles Street, No. 7516
Los Angeles, California 90012

Frank Adomitis
(franksc@startmail.com)
8990 19th Street, #290
Rancho Cucamonga, CA 91701.

Ntc of Mtn and Mtn to Permit Withdrawal of Attorney; Memo. Ps & As; Declaration