1  Esperanza Cervantes Anderson | SBN 197953
2  **LAW OFFICE OF ESPERANZA CERVANTES ANDERSON**
3  1037 North Allen Avenue
   Pasadena, California 91104
4  Tel.:   (626) 219-6773
5  Fax:    (626) 389-8911

6  Attorney for Plaintiff Relator
   FRANK ADOMITIS
7

8              UNITED STATES DISTRICT COURT
9          FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA <u>ex rel.</u> FRANK ADOMITIS, an individual, | Case No. CV 17-06972 JGB (KKx) |
|---|---|
| Relator, | Hon. Jesus G. Bernal |
| v. | **[PROPOSED] ORDER GRANTING MOTION FOR ORDER PERMITTING WITHDRAWAL LAW OFFICE OF ESPERANZA CERVANTES ANDERSON** |
| OJAI VALLEY COMMUNITY HOSPITAL; DOES 1 through 20, inclusive, | |
| Defendants. | Date:     June 7, 2021<br>Time:     9:00 a.m.<br>Location: Courtroom 1 via telephonic hearing |

- 1 -

[PROPOSED] Order Granting Mtn to Permit Withdrawal of Attorney

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On _____, 2017, the Motion of Attorney Esperanza Cervantes Anderson, Law Office of Esperanza Cervantes Anderson ("Attorney") for an Order permitting the withdrawal of Attorney as counsel for Plaintiff and Relator Frank Admomitis ("Relator") came on regularly for hearing before the Honorable Jesus G. Bernal. The Court, having fully considered the moving and opposing papers and the oral argument of counsel or Relator, orders:

Attorney's motion to withdraw is GRANTED. Attorney shall be relieved as counsel for Relator upon filing of the proof of service of this Order granting the motion to withdraw.

Dated: _____, 2017     _____
                                  Honorable Jesus G. Bernal

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action, and my business address is Law Office of Esperanza Cervantes Anderson, 1037 N. Allen Avenue, Pasadena, California 91104 (the "business").

On March 25, 2021, I served the following document(s): **[PROPOSED] ORDER GRANTING MOTION FOR ORDER PERMITTING WITHDRAWAL LAW OFFICE OF ESPERANZA CERVANTES ANDERSON** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED**

_____ BY REGULAR U.S. MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Pasadena, California.

\_\_X\_\_ BY E-MAIL: I sent a true and complete copy of the document(s) described above by facsimile transmission to the e-mail addresses set forth opposite the name(s) of the person(s) set forth on the attached service list.

_____ BY FEDERAL EXPRESS OVERNIGHT DELIVERY OR OTHER EXPRESS OVERNIGHT SERVICE: I declare that the foregoing described document(s) was(were) deposited on the date indicated below in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the address as last given by that person on any document filed in the cause and served on this office.

_____ BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the above address(es).

_____ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

\_\_X\_\_ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 25, 2019 at Pasadena, California.

      /s/*Esperanza Cervantes Anderson*
      Esperanza Cervantes Anderson

[PROPOSED] Order Granting Mtn to Permit Withdrawal of Attorney

# SERVICE LIST

Alexander S. Birkhold
(alexander.birkhold@arentfox.com)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065

Kent A. Kawakami
Kent.Kawakami@usdoj.gov
Assistant U.S. Attorney
United States Attorney's Office
Central District of California
300 N. Los Angeles Street, No. 7516
Los Angeles, California 90012

Frank Adomitis
(franksc@startmail.com)
8990 19th Street, #290
Rancho Cucamonga, CA 91701.