Esperanza Cervantes Anderson | SBN 197953
**LAW OFFICE OF ESPERANZA CERVANTES ANDERSON**
1037 North Allen Avenue
Pasadena, California 91104
Tel.:  (626) 219-6773
Fax:   (626) 389-8911

Attorney for Plaintiff Relator
FRANK ADOMITIS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA <u>ex rel.</u> FRANK ADOMITIS, an individual,<br><br>   Relator,<br><br>  v.<br><br>OJAI VALLEY COMMUNITY HOSPITAL; DOES 1 through 20, inclusive,<br><br>   Defendants. | Case No. CV 17-06972 JGB (KKx)<br><br>Hon. Jesus G. Bernal<br><br>**REPLY BRIEF IN SUPPORT OF MOTION FOR ORDER PERMITTING WITHDRAWAL LAW OFFICE OF ESPERANZA CERVANTES ANDERSON; REPLY DECLARATION OF ESPERANZA CERVANTES ANDERSON**<br><br>Date: June 7, 2021<br>Time: 9:00 a.m.<br>Location: Courtroom 1 via telephonic hearing |

# MEMORANDUM OF POINTS & AUTHORITIES

Plaintiff and Relator Frank Adomitis ("Relator") has failed to show why the motion to withdraw of Esperanza Cervantes Anderson and the Law Office of Esperanza Cervantes Anderson ("Attorney") should not be granted. Since Attorney filed the motion, the relationship has gotten worse. [Declaration of Esperanza Cervantes Anderson ("Anderson Decl."), ¶2.] Communication is now impossible. [Id.] Attorney cannot adequately represent Relator because she cannot communicate with him. [Id.] Under these circumstances, California Rule of Professional Conduct 1.16 requires Attorney to withdraw. Esperanza Cervantes Anderson and the Law Office of Esperanza Cervantes Anderson, therefore, respectfully request that this Court enter an Order permitting them to withdraw as attorneys of record for Plaintiff and Relator Frank Adomitis, and for any other relief the Court deems just and proper.

DATED: May 24, 2021.　　　**LAW OFFICE OF ESPERANZA CERVANTES ANDERSON**

By: /s/*Esperanza Cervantes Anderson*
　　Esperanza Cervantes Anderson, Esq.
　　Attorney for Plaintiff/relator
　　FRANK ADOMITIS

**REPLY DECLARATION OF ESPERANZA CERVANTES ANDERSON**

I Esperanza Cervantes Anderson, declare as follows:

1. I am an attorney at law, duly authorized to practice law before all of the courts of the State of California and the United States District Court for the Central District of California. I am currently counsel of record for Plaintiff and Relator Frank Adomitis in this matter. I am familiar with the files, pleadings, and facts of this case and could and would competently testify to the following facts on the basis on my own personal knowledge. I am submitting this Declaration in support of my motion to be relieved as Counsel.

2. Since filing the motion to withdraw on March 24, 2021, the attorney-client relationship has gotten worse. Communication with Mr. Adomitis has become impossible. I cannot adequately represent Mr. Adomitis' interests because I cannot discuss strategy with him verbally or in writing.

I declare, under penalty of perjury under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Executed on this 24th day of May 2021 at Pasadena, California.

/s/ *Esperanza Cervantes Anderson*
Esperanza Cervantes Anderson

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action, and my business address is Law Office of Esperanza Cervantes Anderson, 1037 N. Allen Avenue, Pasadena, California 91104 (the "business").

On May 24, 2021, I served the following document(s): **REPLY BRIEF IN SUPPORT OF MOTION FOR ORDER PERMITTING WITHDRAWAL LAW OFFICE OF ESPERANZA CERVANTES ANDERSON; REPLY DECLARATION OF ESPERANZA CERVANTES ANDERSON** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED**

_____ BY REGULAR U.S. MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Pasadena, California.

\_\_\_X\_\_\_ BY E-MAIL: I sent a true and complete copy of the document(s) described above by facsimile transmission to the e-mail addresses set forth opposite the name(s) of the person(s) set forth on the attached service list.

_____ BY FEDERAL EXPRESS OVERNIGHT DELIVERY OR OTHER EXPRESS OVERNIGHT SERVICE: I declare that the foregoing described document(s) was(were) deposited on the date indicated below in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the address as last given by that person on any document filed in the cause and served on this office.

_____ BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the above address(es).

_____ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

\_\_\_X\_\_\_ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 24, 2019 at Pasadena, California.

                                         /s/*Esperanza Cervantes Anderson*
                                         Esperanza Cervantes Anderson

# SERVICE LIST

Alexander S. Birkhold
(alexander.birkhold@arentfox.com)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065

Kent A. Kawakami
Kent.Kawakami@usdoj.gov
Assistant U.S. Attorney
United States Attorney's Office
Central District of California
300 N. Los Angeles Street, No. 7516
Los Angeles, California 90012

Frank Adomitis
(franksc@startmail.com)
8990 19th Street, #290
Rancho Cucamonga, CA 91701.

Reply Brief in Support of Mtn to Permit Withdrawal of Attorney; Declaration