Esperanza Cervantes Anderson | SBN 197953
**LAW OFFICE OF ESPERANZA CERVANTES ANDERSON**
1037 North Allen Avenue
Pasadena, California 91104
Tel.: (626) 219-6773
Fax: (626) 389-8911

Attorney for Plaintiff Relator
FRANK ADOMITIS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA <u>ex rel.</u> FRANK ADOMITIS, an individual,<br><br>Relator,<br><br>v.<br><br>OJAI VALLEY COMMUNITY HOSPITAL; DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV 17-06972 JGB (KKx)<br><br>Hon. Jesus G. Bernal<br><br>**DECLARATION OF ESPERANZA CERVANTES ANDERSON REGARDING LOST OPPOSITION [DOCKET NO. 39]** |

## DECLARATION OF ESPERANZA CERVANTES ANDERSON

I Esperanza Cervantes Anderson, declare as follows:

1. I am an attorney at law, duly authorized to practice law before all of the courts of the State of California and the United States District Court for the Central District of California. I am familiar with the files, pleadings, and facts of this case and could and would competently testify to the following facts on the basis on my own personal knowledge.

2. On March 29, 2021, I filed a motion to withdraw as counsel of record for Plaintiff and Relator Frank Adomitis ("Relator"). See Docket No. 37.

3. On June 2, 2021, the Court granted my motion and ordered me to serve the order on Relator. I did so on June 4, 2021. See Docket No. 38.

4. I continued to feel uneasy given how badly the attorney-client relationship with Relator had broken down. On June 18, 2021, I checked Pacer and saw the "Lost Opposition" filed by Relator. See Docket No. 39.

5. I am filing this declaration to prevent Relator from misstating the facts. Upon information and belief, Relator's Opposition was not lost, but instead withheld until after the Court's ruling on my motion. Investigation I conducted has revealed that Jeff Koehn, the person who signed the proof of service on the Opposition, received his JD from the University of LaVerne College of Law in 2001 and has worked since for many plaintiff's law firms and has also worked as a paralegal instructor. [Although Relator feigns ignorance of the law because he is pro per, his opposition which cites case law and makes legal arguments looks to me as though it were written by a lawyer.]

6. I received a copy of Relator's Opposition by mail in late April 2021. I never received any notice that the Opposition had been electronically filed.

7. On May 7, 2021, I e-mailed Relator to inform him the Opposition he had mailed to me was not on Pacer. The Court's website provides a mechanism by

which a person without a Pacer account can e-file documents. I had provided these instructions to Relator when I filed my motion to withdraw in March 2021. On May 7, 2021, I reminded Relator of the instructions. I informed Relator that he would have to e-file any documents to ensure they were reviewed by the Court. I told Relator that the deadline to file an Opposition was May 17, 2021. I cautioned against disclosing privileged communications. I could not possibly file such communications in the public record. I cannot file this email with the Court because it contains privileged communications but if requested I can provide the email for the Court's review in camera.

8. As of May 24, 2021, when I filed my reply, there was no opposition on Pacer. I believed that Relator never actually filed or mailed to the US Attorney or opposing counsel, the Opposition he sent to my office in light of my caution about publically filing privileged documents.

9. Now that Relator has filed his "Lost" Opposition, it is clear why I had to move to withdraw as counsel. Far from showing that my motion to withdraw should have been denied, the "Lost" Opposition shows why the motion to withdraw was correctly granted. Relator's statements show he does not want my legal advice. I am accused of trying to manipulate the situation to obtain money from him, or of giving legal advice out of insecurity about my own abilities, or because I would rather work on other cases. It is impossible to represent a client when the client does trust the attorney.

10. The circumstances surrounding Relator's failure to timely file his "Lost" Opposition also shows why the motion to withdraw needed to be granted. Despite warnings about the attorney-client privilege and waiver of that privilege, Relator filed privileged communications anyway. Relator's willingness to file privileged communications directly with the Court means that – for his own protection – I cannot safely communicate with Relator in writing. But, given the


distrust and accusations, for my own protection, I cannot communicate with Relator in a method that is not recorded. Under these circumstances, California Rule of Professional Conduct 1.16 requires my withdrawal. Indeed, if we cannot communicate with each other, and my legal advice is not trusted, my continued presence in the lawsuit would actually harm Relator rather than help him. The Court's June 2, 2021 Order should not be disturbed.

I declare, under penalty of perjury under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Executed on this 21st day of June 2021 at Pasadena, California.

/s/ *Esperanza Cervantes Anderson*
Esperanza Cervantes Anderson

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action, and my business address is Law Office of Esperanza Cervantes Anderson, 1037 N. Allen Avenue, Pasadena, California 91104 (the "business").

On June 21, 2021, I served the following document(s): **DECLARATION OF ESPERANZA CERVANTES ANDERSON REGARDING LOST OPPOSITION [DOCKET NO. 39]** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED**

_____BY REGULAR U.S. MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Pasadena, California.

\_\_X\_\_BY E-MAIL: I sent a true and complete copy of the document(s) described above by facsimile transmission to the e-mail addresses set forth opposite the name(s) of the person(s) set forth on the attached service list.

_____BY FEDERAL EXPRESS OVERNIGHT DELIVERY OR OTHER EXPRESS OVERNIGHT SERVICE: I declare that the foregoing described document(s) was(were) deposited on the date indicated below in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the address as last given by that person on any document filed in the cause and served on this office.

_____BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the above address(es).

_____(State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

\_\_X\_\_(Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 21, 2021 at Pasadena, California.

　　　　　　　　　　　　　　　　　　　　　　　　/s/*Esperanza Cervantes Anderson*
　　　　　　　　　　　　　　　　　　　　　　　　Esperanza Cervantes Anderson

- 5 -

# SERVICE LIST

Alexander S. Birkhold
(alexander.birkhold@arentfox.com)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065

Kent A. Kawakami
Kent.Kawakami@usdoj.gov
Assistant U.S. Attorney
United States Attorney's Office
Central District of California
300 N. Los Angeles Street, No. 7516
Los Angeles, California 90012

Frank Adomitis
(franksc@startmail.com)
8990 19th Street, #290
Rancho Cucamonga, CA 91701.