1
Frank Adomitis, Plaintiff Relator
In Proper
2
8990 19th Street, #290
Rancho Cucamonga, California 91701
3
Tel.:  (909) 289-4077
Email: franksc@startmail.com
4



5

6

7
UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA
8
EASTERN DIVISION
9

10

| UNITED STATES OF AMERICA ex rel. FRANK ADOMITIS, an individual,<br><br>Relator,<br><br>v.<br><br>OJAI VALLEY COMMUNTIY HOSPITAL; DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV 17-06972 JGB (KKx)<br><br>(Hon. Jesus G. Bernal)<br><br>**DECLARATION OF FRANK ADOMITIS REGARDING DECLARATION OF ESPERANZA CERVANTES ANDERSON [DOCKET NO. 40]** |
| --- | --- |

19
**DECLARATION OF FRANK ADOMITIS**

20
I Frank Adomitis declare as follows:

21
1.     I submitted my Opposition [included with Docket No. 39] at the intake

22
window on April 14, 2021.  The clerk stamped all copies of the Opposition (Exhibit

23
1) and said that since I was not the attorney on the case, he could not put it on

24
PACER but the judge would receive a copy. He said that is all I needed to do. He

25
kept one stamped copy and gave me back the other stamped copies.

26
2.     Ms Anderson claims, on the other hand, the Opposition was filed

27
AFTER Judge Bernal granted her motion on June 2, 2021 which means the court

28
clerk conspired with me to BACKDATE the court stamp (Exhibit 1) sometime after

DECLARATION OF FRANK ADOMITIS REGARDING DECLARATION OF ESPERANZA
CERVANTES ANDERSON [DOCKET NO. 40]

1 │ June 2, 2021. Ms Anderson presented no evidence this occurred.

2 │     3.     I wrote the Opposition including doing the legal research. However, I

3 │ have no experience acting as my own attorney in Federal court. My friend who is a

4 │ paralegal did serve the Opposition.

5 │     4.     Ms Anderson appears to be trying to divert the court's attention away

6 │ from the fact that, according to her, a **SINGLE** January 29, 2021 email caused her

7 │ to stop speaking to me and to file a Motion to Withdraw claiming our relationship

8 │ had been damaged beyond repair. This is after the prior day she offered to go to

9 │ lunch and after a five-year relationship including an appeal to the 9th Circuit. This

10 │ she wants the court to accept rather than what I presented in my Opposition.

11

12

13 │ Frank Adomitis

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

# EXHIBIT 1

Top page of Opposition submitted on April 14, 2021.  Note the court's stamp.

1 | Frank Adomitis, Plaintiff Relator
In Proper
2 | 8990 19th Street, #290
Rancho Cucamonga, California 91701
3 | Tel.:  (909) 289-4077
Email: franksc@startmail.com
4

5

6  RECEIVED BUT NOT FILED
   CLERK, U.S. DISTRICT COURT
7
   APR 14 2021
8                              UNITED STATES DISTRICT COURT
   CENTRAL DISTRICT OF CALIFORNIA
   BY DEPUTY        FOR THE CENTRAL DISTRICT OF CALIFORNIA
9  EASTERN DIVISION
                                        EASTERN DIVISION
10

11 | UNITED STATES OF AMERICA          | Case No. CV 17-06972 JGB (KKx)
   | ex rel. FRANK ADOMITIS, an        |
12 | individual,                       | (Hon. Jesus G. Bernal)

13 |          Relator,                 | **OPPOSITON TO MOTION OF**
                                       | **ORDER PERMITTING**
14 |          v.                       | **WITHDRAWAL LAW OFFICE**
                                       | **OF ESPERANZA CERVANTES**
15 | OJAI VALLEY COMMUNTIY             | **ANDERSON; DECLARATION**
   | HOSPITAL; DOES 1 through 20,      | **OF FRANK ADOMITIS**
16 | inclusive,                        |

17 |          Defendants.             | **Date:         June 7, 2021**
                                       | **Time:         9:00 a.m.**
                                       | **Courtroom:    1 via telephonic**
18 |                                   | **hearing.**

19

20            **MEMORANDUM OF POINTS AND AUTHORITIES**

21 **I.      INTORDUCTION AND FACTUAL BACKGROUND.**

22

23        This is a false claims action.  Esperanza Cervantes Anderson (Ms Anderson)

24   was retained to represent Frank Adomitis (Relator) on a case against Ojai Valley

25   Community Hospital on behalf of the United States Government on or about April

26   16, 2016 [Declaration of Frank Adomitis ("Adomitis Decl.") ¶1].  Ms Anderson has

27   now attempted to abandon the case twice. The first time was in July 2018

28   [Adomitis Decl. ¶1.].  Ms Anderson's desire to abandon the case has nothing to do

- 0 -