KAREN VAN ESSEN (SBN 278407)
karen.vanessen@arentfox.com
ALEXANDER S. BIRKHOLD (SBN 304334)
alexander.birkhold@arentfox.com
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065
Telephone: 213.629.7400
Facsimile:  213.629.7401

Attorneys for Defendant
OJAI VALLEY COMMUNITY HOSPITAL, a d/b/a of COMMUNITY MEMORIAL HEALTH SYSTEM, a California Nonprofit Public Benefit Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. FRANK ADOMITIS, an individual,<br><br>　　　　　Relator,<br><br>　　v.<br><br>OJAI VALLEY COMMUNITY HOSPITAL; DOES 1 through 20, inclusive,<br><br>　　　　　Defendant. | Case No.  CV17-06972-JGB (KKx)<br><br>**DEFENDANT OJAI VALLEY COMMUNITY HOSPITAL'S STATUS REPORT IN RESPONSE TO ORDER GRANTING MOTION TO WITHDRAW**<br><br>Judge:　　The Hon. Jesus G. Bernal<br>Courtroom: 1 |

On September 21, 2017, relator Frank Adomitis ("Relator") filed a complaint on behalf of the United States of America against Defendant Ojai Valley Community Hospital ("Defendant") and Does 1-20, asserting violations of the False Claims Act.  *See* Dkt. No 1.  On December 19, 2017, the Court issued an Order giving notice of the election by the United States to decline intervention in the matter.  *See* Dkt. No. 6.  Relator twice amended the complaint and Defendant filed three corresponding motions to dismiss.  *See* Dkt. Nos. 12, 17, 18, 25, 27.  Before the Court could rule on Defendant's Motion to Dismiss Relator's Second Amended Complaint, this case was stayed pending the appeal of the related case.  *See* Dkt. No. 32.

On March 25, 2021, Relator's counsel filed a Motion to Withdraw.  *See* Dkt. No. 35.  The Court granted the Motion to Withdraw on June 2, 2021, and ordered that "the parties shall submit a status report stating whether Relator has retained new counsel" by June 25, 2021.  *See* Dkt. No. 37.  On June 11, 2021, Relator filed a Lost Opposition to Motion of Order Permitting Withdrawal.  *See* Dkt. No. 39.  Relator's counsel filed a declaration in support of the Motion to Withdraw and Relator filed a declaration in response.  *See* Dkt. Nos. 40, 41.

## I.   DEFENDANT'S STATUS REPORT

Defendant's understanding, based on the docket, is that Relator does not currently have counsel.  The Motion to Withdraw was granted and no other attorney has filed a Notice of Appearance.  It is well-settled that a *pro se* Relator cannot maintain a *qui tam* action where the government has declined to intervene.  *Stoner v. Santa Clara Cty. Office of Educ.*, 502 F.3d 1116, 1126-27 (9th Cir. 2007) (a pro se relator cannot prosecute a *qui tam* action under the False Claims Act on behalf of the United States).  Courts in the Ninth Circuit have dismissed actions without leave to amend where a Relator wishes to proceed without counsel.  *See e.g., Hucul v. California*, 812 F. App'x 626, 627 (9th Cir. 2020) (The Court "reject[ed] as meritless Hucul's contention that the district court should have allowed him to

1  amend his complaint, as amendment would not have remedied Hucul's *pro se*
2  status."). Here, the government declined to intervene, Relator's counsel has
3  withdrawn, and Relator does not currently have counsel.

Dated:  June 25, 2021                    Respectfully submitted,

                                         **ARENT FOX LLP**

                                         By:  */s/Alexander S. Birkhold*
                                              KAREN VAN ESSEN
                                              ALEXANDER S. BIRKHOLD
                                              Attorneys for Defendant
                                              OJAI VALLEY COMMUNITY
                                              HOSPITAL