FILED
CLERK, U.S. DISTRICT COURT
7/1/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: NP DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge  Bernal

From: L. Murray                  , Deputy Clerk    Date Received: 06/24/2021

Case No.: 2:17-cv-06972-JGB-KKx    Case Title: United States of America et al v. Ojai Valley Community Hos

Document Entitled: Declaration of Frank Adomitis Regarding New Counsel

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1    Documents must be filed electronically
- ☐ Local Rule 6-1      Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1   Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1   Document not legible
- ☐ Local Rule 11-3.8   Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1   No copy provided for judge
- ☐ Local Rule 11-6     Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8     Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1     Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7     Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1     Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1     Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2     Statement of genuine disputes of material fact lacking
- ☐ Local Rule 83-2.5   No letters to the judge
- ☒ Fed. R. Civ. P. 5   No proof of service attached to document(s)
- ☒ Other:  Case Termed 10/31/2018

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____  
Date              U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

July 1, 2021  
Date              U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

Frank Adomitis, Plaintiff Relator
In Proper
8990 19th Street, #290
Rancho Cucamonga, California 91701
Tel.: (909) 289-4077
Email: franksc@startmail.com

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
JUN 2 4 2021
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| UNITED STATES OF AMERICA ex rel. FRANK ADOMITIS, an individual, Relator, v. OJAI VALLEY COMMUNTIY HOSPITAL; DOES 1 through 20, inclusive, Defendants. | Case No. CV 17-06972 JGB (KKx)<br><br>(Hon. Jesus G. Bernal)<br><br>**DECLARATION OF FRANK ADOMITIS REGARDING NEW COUNSEL** |
|---|---|

## DECLARATION OF FRANK ADOMITIS

I Frank Adomitis Declare as Follows:

I have not retained new counsel because I cannot find another attorney to take the case under the same terms as my prior attorney and I have no money to pay an attorney.

*/s/ Frank Adomitis*
Frank Adomitis

- 0 -
**DECLARATION OF FRANK ADOMITIS REGARDING NEW COUNSEL**

Frank Adomitis, Plaintiff Relator
In Proper
8990 19th Street, #290
Rancho Cucamonga, California 91701
Tel.: (909) 289-4077
Email: franksc@startmail.com

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
JUN 2 4 2021
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. FRANK ADOMITIS, an individual,<br><br>Relator,<br><br>v.<br><br>OJAI VALLEY COMMUNTIY HOSPITAL; DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV 17-06972 JGB (KKx)<br><br>(Hon. Jesus G. Bernal)<br><br>**DECLARATION OF FRANK ADOMITIS REGARDING NEW COUNSEL** |

## DECLARATION OF FRANK ADOMITIS

I Frank Adomitis Declare as Follows:

I have not retained new counsel because I cannot find another attorney to take the case under the same terms as my prior attorney and I have no money to pay an attorney.

*/s/ Frank Adomitis*
Frank Adomitis

- 0 -
**DECLARATION OF FRANK ADOMITIS REGARDING NEW COUNSEL**